```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
TAMARA CARTER,                                              :
                                                            :
                                Plaintiff,                  :
                                                            :         22-CV-6798 (VSB)
                -against-                                   :
                                                            :              ORDER
CITY OF NEW YORK, NEW YORK CITY                             :
HEALTH AND HOSPITALS                                        :
CORPORATION, MENTAL HEALTH                                  :
PROFESSIONAL MARIE RICHARD,                                 :
JOHN/JANE DOES 1 -10, being fictitious                      :
names for DEPARTMENT OF                                     :
CORRECTIONS EMPLOYEES AND NEW                               :
YORK CITY HEALTH AND HOSPITALS                              :
CORPORATION EMPLOYEES whose                                 :
identities are presently unknown, individually,             :
                                                            :
                                Defendants.                 :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

Plaintiff filed this action on August 10, 2022, (Doc. 1), and filed an affidavit of service as to Defendant Marie Richard on October 19, 2022, (Doc. 18). The deadline for Defendant Marie Richard to respond to Plaintiff's complaint was October 3, 2022. (*See* Doc. 18.) To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, she is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than November 3, 2022. If Plaintiff fails to do so or otherwise demonstrate that she intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:     October 20, 2022
              New York, New York

                                                    VERNON S. BRODERICK
                                                    United States District Judge