```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
TAMARA CARTER,                                              :
                                                            :
                            Plaintiff,                      :
                                                            :     22-CV-6798 (VSB)
              -against-                                     :
                                                            :         ORDER
                                                            :
CITY OF NEW YORK, NEW YORK CITY                             :
HEALTH AND HOSPITALS                                        :
CORPORATION, MENTAL HEALTH                                  :
PROFESSIONAL MARIE RICHARD,                                 :
JOHN/JANE DOES 1 -10, being fictitious                      :
names for DEPARTMENT OF                                     :
CORRECTIONS EMPLOYEES AND NEW                               :
YORK CITY HEALTH AND HOSPITALS                              :
CORPORATION EMPLOYEES whose                                 :
identities are presently unknown, individually,             :
                                                            :
                            Defendants.                     :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On October 20, 2022, Counsel for Defendants the City of New York and New York City Health and Hospitals Corporation filed a letter requesting an extension for indicating that they intended to represent Defendant Richard once they receive a request for legal representation, and requesting an extension for her to appear, answer or respond to the complaint by November 4, 2022. (Doc. 20.) The following day, Defense counsel indicated that Plaintiff agreed to the requested extension. (Doc. 21.) I granted the extension request, (Doc. 22), but to date, no appearance has been filed on behalf of Defendant Richard. On November 3, 2022, Plaintiff filed a letter stating that the wrong Marie Richard was served, and requesting an extension for Defendant Richard to respond to the complaint. (Doc. 23.) In the letter, Plaintiff also raised a discovery issue involving the state claims currently pending related to this action. (*Id.*) The following day, Defendants City of New York and New York City Health and Hospitals

Corporation filed separate answers to the complaint.  (Docs. 24, 25.)  Accordingly, it is hereby

       ORDERED that Defense counsel file a letter by November 15, 2022 addressing the status of Marie Richard's representation.  In addition, Defense counsel shall respond to the questions raised in Plaintiff's November 3, 2022 letter concerning the timeliness of the Notice of Claim as well as any proposed stays in discovery regarding the Monell Claims.

SO ORDERED.

Dated:    November 8, 2022
             New York, New York

*(signature)*
VERNON S. BRODERICK
United States District Judge