UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
                                      :

TAMARA CARTER,                  :
                                        :

                   Plaintiff,     :             22-CV-6798 (VSB)
                                        :

          -against-          :       **ORDER AND NOTICE OF**
                                        :       **INITIAL CONFERENCE**

CITY OF NEW YORK, NEW YORK CITY   :
HEALTH AND HOSPITALS         :
CORPORATION, MENTAL HEALTH    :
PROFESSIONAL MARIE RICHARD,   :
JOHN/JANE DOES 1 -10, being fictitious  :
names for DEPARTMENT OF        :
CORRECTIONS EMPLOYEES AND NEW :
YORK CITY HEALTH AND HOSPITALS  :
CORPORATION EMPLOYEES whose    :
identities are presently unknown, individually, :
                                        :

                 Defendants.  :
                                        :
-------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      This case has been assigned to me for all purposes.  It is hereby:

      ORDERED that, in light of the public health crisis, the Court will not be holding an

initial pretrial conference.

      IT IS FURTHER ORDERED that, by February 1, 2023, the parties submit a joint letter,

not to exceed three (3) pages, providing the following information in separate paragraphs:

1.     A brief description of the nature of the action and the principal defenses
      thereto;

2.     A brief explanation of why jurisdiction and venue lie in this Court.  If any
      party is a corporation, the letter shall state both the place of incorporation
      and the principal place of business.  If any party is a partnership, limited
      partnership, limited liability company or trust, the letter shall state the
      citizenship of each of the entity's members, shareholders, partners and/or
      trustees;

3.  A brief description of all contemplated and/or outstanding motions, including a description of the current status of plaintiff's Order to Show Cause, before Justice Lynn R. Kotler of the Supreme Court, New York County, to deem the Notice of Claim timely *nunc pro tunc*;

4.  A brief description of any discovery that has already taken place, and/or that which will be necessary for the parties to engage in meaningful settlement negotiations;

5.  A proposed stipulation regarding the deferral of *Monell* discovery until the resolution, including trial, of plaintiff's other state and federal cause of actions;

6.  A brief description of prior settlement discussions (without disclosing the parties' offers or settlement positions) and the prospect of settlement;

7.  The estimated length of trial; and

8.  Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

IT IS FURTHER ORDERED that the parties also jointly submit to the Court a proposed case management plan and scheduling order.  A template for the order is available at http://nysd.uscourts.gov/judge/Broderick.  The status letter and the proposed case management plan should be filed electronically on ECF, consistent with Section 13.1 of the Court's Electronic Case Filing (ECF) Rules & Instructions, available at https://nysd.uscourts.gov/rules/ecf-related-instructions.

SO ORDERED.

Dated:   January 18, 2023
New York, New York

Vernon S. Broderick
United States District Judge