**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

TAMARA CARTER,

            Plaintiff,

           -against-

CITY OF NEW YORK, NEW YORK CITY HEALTH AND HOSPITALS CORPORATION, MENTAL HEALTH PROFESSIONAL MARIE RICHARD, JOHN/JANE DOES 1-10, being fictious names for DEPARTMENT OF CORRECTIONS EMPLOYEES AND NEW YORK CITY HEALTH AND HOSPITALS CORPORATION EMPLOYEES whose identities are presently unknown, individually,

           Defendants.

------------------------------------------------------------x

22-CV-6798 (VSB) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Defendants' motion to ADJOURN the Settlement Conference is **GRANTED**. (ECF 46). The in-person Settlement Conference is **ADJOURNED** from June 20, 2023, to **July 26, 2023, at 2:00 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. Counsel shall review and comply with the Court's Individual Rules of Practice in Civil Cases § VI upon receipt of this Scheduling Order. It is further **ORDERED** that the parties' Ex Parte Settlement Conference Summary Forms and Letters shall be submitted by **July 19, 2023**.

The Clerk of Court is respectfully directed to close ECF 46.

**SO ORDERED.**

Dated: June 14, 2023
       New York, New York

                                                    *s/ Ona T. Wang*
                                                    **Ona T. Wang**
                                                    United States Magistrate Judge