```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
TAMARA CARTER,                                              :
                                                            :
                              Plaintiff,                    :
                                                            :        22-CV-6798 (VSB)
              -against-                                     :
                                                            :              ORDER
CITY OF NEW YORK, NEW YORK CITY                             :
HEALTH AND HOSPITALS                                        :
CORPORATION, MENTAL HEALTH                                  :
PROFESSIONAL MARIE RICHARD,                                 :
JOHN/JANE DOES 1 -10, being fictitious                      :
names for DEPARTMENT OF                                     :
CORRECTIONS EMPLOYEES AND NEW                               :
YORK CITY HEALTH AND HOSPITALS                              :
CORPORATION EMPLOYEES whose                                 :
identities are presently unknown, individually,             :
                                                            :
                              Defendants.                   :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

On April 19, 2023, Defendants filed a request to stay all depositions and discovery deadlines until June 30, 2023 in order to allow the parties to focus on settlement discussions before Magistrate Judge Wang. (Doc. 41.)[1] I granted Defendants' application to stay discovery in this matter until June 30, 2023. (Doc. 44.) Accordingly, it is hereby

ORDERED that the conference currently scheduled for June 29, 2023 is ADJOURNED.

IT IS FURTHER ORDERED that the parties file a joint letter seeking an extension of the stay by June 29, 2023 if they wish to do so given the adjournment of the settlement conference from June 20, 2023 to July 26, 2023. (*See* Doc. 47.)

SO ORDERED.

---

[1] Plaintiffs believed that "in deciding whether to stay discovery" I "would benefit from" the information prepared for Judge Wang in the course of settlement discussions, but ultimately joined Defendants' application to stay discovery. (Doc. 43.)

Dated:     June 20, 2023
              New York, New York

                                                            VERNON S. BRODERICK
                                                            United States District Judge