

**HPM&B**
ATTORNEYS AT LAW

99 PARK AVENUE   NEW YORK, NY 10016-1601
TEL: (212) 286-8585   FAX: (212) 490-8966
WWW.HPMB.COM

**APPLICATION GRANTED**
**SO ORDERED** *[signature]*
**VERNON S. BRODERICK**
**U.S.D.J.** 08/03/2023
The stay is extended to August 31, 2023.

**Gabrielle Apfel**
Associate
gapfel@hpmb.com

August 2, 2023

**VIA ECF**
District Judge Vernon S. Broderick
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, New York 10007

Re:   Tamara Carter, individually and as Administrator of the Estate of Brandon Rodriguez v.
       City of New York, et al.
       SDNY Docket No:  22-CV-06798
       Our File:  611-3299

Dear Judge Broderick:

   Our law firm represents the City of New York, New York City Health and Hospitals Corporation, and Marie Richard in the above-referenced matter. We submit this joint letter with Plaintiff's counsel, Mr. Wagstaff, to request a 30-day extension of the stay of depositions and discovery deadlines.

   On July 26, 2023, the parties appeared before Magistrate Judge Ona T. Wang for a settlement conference. While we did not reach a settlement on that day, the parties intend to continue discussions in the hopes of reaching a settlement. As such, the parties therefore request that the Court extend the stay of depositions and discovery deadlines from July 28, 2023 until August 31, 2023.

   This is the parties' second request for an extension of the stay of the deposition and discovery deadlines. We thank Your Honor for your time and consideration of this request.

Respectfully submitted,

*[signature]*

Gabrielle Apfel

GA:vm

cc:   **VIA ECF**
       William O. Wagstaff III
       The Wagstaff Firm, P.C.
       75 South Broadway Suite 400
       White Plains, New York 10601
       E.:  William@wagstaff.legal

2767147.1

HEIDELL, PITTONI, MURPHY & BACH, LLP
NEW YORK | CONNECTICUT | WESTCHESTER | LONG ISLAND