UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                        :
TAMARA CARTER,                                          :
                                                        :
                              Plaintiff,                :
                                                        :            22-CV-6798 (VSB)
                                                        :
                -against-                               :
                                                        :            **ORDER**
CITY OF NEW YORK, NEW YORK CITY                         :
HEALTH AND HOSPITALS                                    :
CORPORATION, MENTAL HEALTH                              :
PROFESSIONAL MARIE RICHARD,                             :
JOHN/JANE DOES 1 -10, being fictitious                  :
names for DEPARTMENT OF                                 :
CORRECTIONS EMPLOYEES AND NEW                           :
YORK CITY HEALTH AND HOSPITALS                          :
CORPORATION EMPLOYEES whose                             :
identities are presently unknown, individually,         :
                                                        :
                              Defendants.               :
--------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

It has been reported to the Court that the parties in this case have reached a settlement

agreement.  Accordingly, it is hereby:

ORDERED that counsel for all parties appear telephonically for a conference scheduled

on January 3, 2024 at 1:00 p.m.  The call-in number for the conference line is 888-363-4749 and

the access code is 2682448.

IT IS FURTHER ORDERED that the above-captioned action is discontinued without

costs to any party and without prejudice to restoring the action to this Court's docket if the

application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated:  December 19, 2023
        New York, New York

Vernon S. Broderick
United States District Judge